B6I (Official Form 6I) (12/07)

In re __Michael J. Picazio__,  Case No. __12-13653-JKO__
          Debtor                                                                         (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): 3 Children | AGE(S): All Minor |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Industrial Cleaning/Pumping | Filed Under Seal |
| Name of Employer | Commercial Hood | Filed Under Seal |
| How Long Employed | 11 years | Filed Under Seal |
| Address of Employer | 1940 NW 22nd St Pompano Bch | Filed Under Seal |

| INCOME: (Estimate of average or projected monthly income at the time of case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,600.00 | Filed Under Seal |
| 2. Estimate monthly overtime | $0 | Filed Under Seal |
| 3. SUBTOTAL | $4,600.00 | Filed Under Seal |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $578.28 | Filed Under Seal |
|    b. Insurance | $0 | Filed Under Seal |
|    c. Union | $0 | Filed Under Seal |
|    d. Other (Specify): | $0 | Filed Under Seal |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $578.28 | Filed Under Seal |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $4,021.72 | Filed Under Seal |
| 7. Regular income from operation of business or profession or farm (Attach Detailed Statement) | $13,510.85 | Filed Under Seal |
| 8. Income from Real Property | $0 | Filed Under Seal |
| 9. Interest and Dividends | $0 | Filed Under Seal |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0 | Filed Under Seal |
| 11. Social security or government assistance (Specify): _____ | $0 | Filed Under Seal |
| 12. Pension or retirement income | $0 | Filed Under Seal |
| 13. Other monthly income (Specify): _____ | $0 | Filed Under Seal |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $13,510.85 | Filed Under Seal |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $17,532.57 | Filed Under Seal |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | Filed Under Seal | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

12-F-46

B6I (Official Form 6I) (12/07)

In re _____Michael J. Picazio_____,          Case No. 12-13653-JKO
              **Debtor**                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): 3 Children | AGE(S): All Minor |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Industrial Cleaning/Pumping | Attorney |
| Name of Employer | Commercial Hood | Kim L. Picazio, P.A. |
| How Long Employed | 11 years | 10 years |
| Address of Employer | 1940 NW 22nd St Pompano Bch | 100 SE 3rd Ave 2024 Ft Lauderdale |

## THIS DOCUMENT HAS BEEN FILED UNDER SEAL

| INCOME: (Estimate of average or projected monthly income at the time of case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,600.00 | $0 |
| 2. Estimate monthly overtime | $0 | $0 |
| 3. SUBTOTAL | $4,600.00 | $0 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $578.28 | $0 |
| b. Insurance | $0 | $0 |
| c. Union | $0 | $0 |
| d. Other (Specify): | $0 | $0 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $578.28 | $0 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $4,021.72 | $0 |
| 7. Regular income from operation of business or profession or farm (Attach Detailed Statement) | $13,510.85 | $14,358.18 |
| 8. Income from Real Property | $0 | $0 |
| 9. Interest and Dividends | $0 | $0 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0 | $0 |
| 11. Social security or government assistance (Specify): _____ | $0 | $0 |
| 12. Pension or retirement income | $0 | $0 |
| 13. Other monthly income (Specify): _____ | $0 | $0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $13,510.85 | $14,358.18 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $17,532.57 | $14,358.18 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $31,890.75 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

## THIS DOCUMENT HAS BEEN FILED UNDER SEAL

B6J (Official Form 6J) (12/07)

**In re** Michael J. Picazio                                  Case No. 12-13653-JKO
        **Debtor**                                                      (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $7,000.00 |
|    a. Are real estate taxes included? Yes [ ] No [X] | |
|    b. Is property insurance included? Yes [ ] No [X] | |
| 2. Utilities:   a. Electricity and heating fuel | $1,000.00 |
|              b. Water and sewer | $300.00 |
|              c. Telephone | $310.00 |
|              d. Other _____ | $0.00 |
| 3. Home maintenance (repairs and upkeep) | $350.00 |
| 4. Food | $1,600.00 |
| 5. Clothing | $500.00 |
| 6. Laundry and dry cleaning | $250.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $150.00 |
| 10. Charitable contributions | $40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $1,100.00 |
|      b. Life | $0.00 |
|      c. Health | $0.00 |
|      d. Auto | $466.00 |
|      e. Other _____ | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) Property Taxes: $2,750.00 | $2,750.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | $0.00 |
|      a. Auto | $0.00 |
|      b. Other _____ | $0.00 |
|      c. Other _____ | $0.00 |
| 14. Alimony, maintenance, and support paid to others | $0.00 |
| 15. Payments for support of additional dependents not living at your home | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. Other Grooming, School Supplies, Gym Membership | $100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $16,316.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|      a. Average monthly income from Line 15 of Schedule I | Filed Sealed |
|      b. Average monthly expenses fro Line 18 above | Filed Sealed |
|      c. Monthly net income (a. minus b.) | Filed Sealed |

B6J (Official Form 6J) (12/07)

In re Michael J. Picazio                                    Case No. 12-13653-JKO
      Debtor                                                    (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $7,000.00 |
|     a. Are real estate taxes included? Yes [ ] No [X] | |
|     b. Is property insurance included? Yes [ ] No [X] | |
| 2. Utilities:     a. Electricity and heating fuel | $1,000.00 |
|                b. Water and sewer | $300.00 |
|                c. Telephone | $310.00 |
|                d. Other _____ | $0.00 |
| 3. Home maintenance (repairs and upkeep) | $350.00 |
| 4. Food | $1,600.00 |
| 5. Clothing | $500.00 |
| 6. Laundry and dry cleaning | $250.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $150.00 |
| 10. Charitable contributions | $40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $1,100.00 |
|         b. Life | $0.00 |
|         c. Health | $0.00 |
|         d. Auto | $466.00 |
|         e. Other _____ | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) Property Taxes: $2,750.00 | $2,750.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | $0.00 |
|         a. Auto | $0.00 |
|         b. Other _____ | $0.00 |
|         c. Other _____ | $0.00 |
| 14. Alimony, maintenance, and support paid to others | $0.00 |
| 15. Payments for support of additional dependents not living at your home | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. Other Grooming, School Supplies, Gym Membership | $100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $16,316.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|      a. Average monthly income from Line 15 of Schedule I | $22,532.57 |
|      b. Average monthly expenses from Line 18 above | $16,316.00 |
|      c. Monthly net income (a. minus b.) | $6,216.57 |

## THIS DOCUMENT HAS BEEN FILED UNDER SEAL